UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT EARLE JOHNSON,<br><br>              Plaintiff,<br><br>    v.<br><br>CHRISTINE GREGOIRE, *et al*,<br><br>              Defendants. | Case No. C08-5428FDB-KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

       This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's filing of a motion for an extension of time (Dkt. #30) to defendants' motion to dismiss (Dkt. #29). After reviewing plaintiff's motion, defendants' response thereto, and the balance of the record, the Court finds and orders as follows:

       Defendants filed their motion to dismiss on September 29, 2008, and noted it for consideration on October 24, 2008. On October 7, 2008, plaintiff filed his motion for an extension of time, requesting an extension until October 28, 2008, in which to respond to defendants' motion. Plaintiff states such an extension is needed due to both medical reasons and limited access to his prison's law library. Defendants do not object to plaintiff's request. (Dkt. #31).

       Accordingly, plaintiff's motion for an extension of time (Dkt. #30) hereby is GRANTED. Plaintiff shall file his response to defendants' motion to dismiss by **no later than October 28, 2008**.

ORDER
Page - 1

1 Defendants shall file a reply thereto, if any, by **no later than October 31, 2008**.  The Clerk is directed to
2 re-note defendants' motion to dismiss (Dkt. #29) for consideration on **November 7, 2008**.
3       The Clerk also is directed to send a copy of this Order to plaintiff and counsel for defendants.
4       DATED this 16th day of October, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge