UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT EARLE JOHNSON,

    Plaintiff,

v.

RON VAN BOENING, *et al*,

    Defendants.

Case No. C08-5428FDB-KLS

SECOND ORDER REGARDING SERVICE OF AMENDED COMPLAINT ON DEFENDANTS JOHNSON, NGETE AND NARANJO

This matter comes before the Court on plaintiff's filing of a response (Dkt. #47) to the Court's order requiring him to provide service forms and copies of the amended complaint for service on defendants Herb Johnson, Lanette Ngete and Jolene Naranjo (Dkt. #42-2). After reviewing plaintiff's response and the record in this case, the Court hereby finds and orders as follows:

On January 9, 2008, plaintiff filed an amended complaint (Dkt. #40), pursuant to the Court's order to show cause that he do so (Dkt. #38). In its first order regarding service on defendants Johnson, Ngete and Naranjo, the Court found that because service of the original complaint on those defendants was returned unexecuted on August 11, 2008, plaintiff needed to provide the Court with a sufficient number of service forms and copies of the amended complaint so that service could be attempted thereon. (Dkt. #42-2). As pointed out by plaintiff in his response and agreed with by defendants, however, the Court previously had

ORDER
Page - 1

1 found those three defendants had waived service. See (Dkt. #26, 48).

2 Accordingly, due to this oversight by the Court, the requirement that plaintiff submit service forms
3 and copies of the amended complaint for defendants Johnson, Ngete and Naranjo set forth the Court's prior
4 order regarding service thereon (Dkt. #42-2) hereby is RESCINDED.

5 The Clerk is directed to send a copy of this Order to plaintiff.

6 DATED this 10th day of March, 2009.

Karen L. Strombom
United States Magistrate Judge