UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT EARLE JOHNSON, | |
| Plaintiff, | CASE NO. C08-5428FDB-KLS |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| RON VAN BOENING, *et al*, | |
| Defendants. | |

The Court, having reviewed defendants' motion to dismiss (Dkt. #29), plaintiff's amended complaint (Dkt. #40), and order to show cause (Dkt. #38) and the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion is DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and Magistrate Judge Karen L. Strombom.

DATED this 23th day of March 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1