UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT EARLE JOHNSON,

                Plaintiff,

  v.

*RON VAN BOENING, et al*,

                Defendants.

Case No. 08-5428FDB-KLS

ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HIS MOTION TO COMPEL DISCLOSURE

      This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court upon plaintiff's motion to withdraw (Dkt. #53) his motion to compel disclosure (Dkt. #51). After reviewing plaintiff's motions and the balance of the record, the Court finds and ORDERS as follows:

      On February 27, 2009, plaintiff filed his motion to compel disclosure of discovery. On March 10, 2009, plaintiff filed a motion to withdraw his motion to compel disclosure, because subsequent to the filing of his motion to compel, the parties to this case reached agreement on the issues noted therein. Plaintiff's motion to withdraw his motion to compel disclosure (Dkt. #54)

INSERT ORDER TITLE - 1

thus hereby is GRANTED. Accordingly, his motion to compel disclosure (Dkt. #51) hereby is DENIED for that reason.

The clerk is directed to send a copy of this Order to plaintiff.

DATED this 18th day of March, 2009.

Karen L. Strombom
United States Magistrate Judge