# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT EARLE JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE GREGOIRE et al., <br><br> Defendants. | NO. C08-5428 FDB-KLS <br><br> STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the stipulated motion to dismiss and the settlement agreement of the Parties, which has been filed with the Court, it is hereby ordered that this action is dismissed with prejudice and without costs or fees to any party. This Court shall retain jurisdiction to enforce the terms of the settlement agreement in this action.

DATED this 27th day of October, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Douglas W. Carr      October 22, 2009
DOUGLAS W. CARR, WSBA #17378      DATE
Assistant Attorney General
Attorney for Defendants

s/ Robert Johnson      October 19, 2009
ROBERT JOHNSON      DATE
Plaintiff, Pro Se