# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT EARLE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE GREGOIRE, et al.,<br><br>Defendants. | CASE NO. C08-5428RJB |
| ROBERT EARLE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DYE,<br><br>Defendant. | CASE NO. C09-5487RBL<br><br>ORDER ON PLAINTIFF'S REPLY |

This matter comes before the court on Plaintiff's Reply to Defendants' Response to Motion for Relief from Judgment. C08-5428RJB, Dkt. 80 and 81; C09-5487RBL, Dkt.16 and 17. The court has reviewed the relevant documents and the remainder of the file herein.

On July 17, 2011, the court issued an order, denying plaintiff's motion under Fed.R.Civ.P. 60(b)(6) for relief from judgment. C08-5428RJB, Dkt. 79; C09-5487RBL, Dkt. 15.

On July 21, 2011, the court received a late-filed reply from plaintiff. C08-5428RJB, Dkt. 80 and 81; C09-5487RBL 16 and 17. In the interest of fairness, the court has considered the reply.

Plaintiff contends that he has complied with the terms of the settlement agreement by programming the entire time he has been at Twin Rivers; that he has not received any major infractions while he has been at Twin Rivers; and that defendants have not asserted a legitimate penological interest that would justify transferring him to Coyote Ridge Corrections Center. As the court noted in its order denying plaintiff's motion to reopen these cases, plaintiff himself requested a transfer from Twin Rivers. Nothing in the settlement agreement in these cases required the Department of Corrections to transfer plaintiff to an institution he requested.

Plaintiff alleges discrimination and retaliation by individuals at Twin Rivers. Those claims are the subject of an action plaintiff filed in federal court, *Johnson v. Sager*, C11-1117RSM. These claims, however, do not justify reopening the instant cases on the basis that the Department of Corrections breached the settlement agreement.

The court should affirm the July 17, 2011 order denying plaintiff's motion under Fed.R.Civ.P. 60(b)(6) for relief from judgment.

Accordingly, it is hereby **ORDERED** that the July 17, 2011 order denying plaintiff's motion under Fed.R.Civ.P. 60(b)(6) for relief from judgment (C08-5428RJB, Dkt. 79; C09-5487RBL, Dkt. 15) is **AFFIRMED.**

1   The Clerk is directed to send uncertified copies of this Order to all counsel of record and
2   to any party appearing *pro se* at said party's last known address.
3   Dated this 1st day of August, 2011.

Robert J. Bryan
United States District Judge


Ronald B. Leighton
United States District Judge